AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM

U.S. MARSHALS - GUAM RECEIVED
28 SEP 2005 14 00 01

UNITED STATES OF AMERICA

V.

**SISWOYO, FNU**
aka ARIE

**WARRANT FOR ARREST**

Case Number: CR-05-00068

**FILED**
DISTRICT COURT OF GUAM
SEP 28 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to _____ **SISWOYO, FNU aka ARIE** _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

**PRESENTATION OF IMMIGRATION DOCUMENT CONTAINING FALSE STATEMENT**

in violation of Title __18__ United States Code, Section(s) __1546(a)__

**LEILANI R. TOVES HERNANDEZ**
Name of Issuing Officer

*Hernandez* (signature)
Signature of Issuing Officer

**DEPUTY CLERK, DISTRICT COURT OF GUAM**
Title of Issuing Officer

**SEPTEMBER 28, 2005; HAGATNA, GUAM**
Date and Location

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

DHS-ICE Suboffice; Hagatna, Guam

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9/28/05 | Edith Conway, CBP Enforcement Officer | Edith Conway |
| DATE OF ARREST 9/28/05 | | |

ORIGINAL

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: <u>**SISWOYO, FNU aka ARIE**</u>

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____