

FILED
DISTRICT COURT OF GUAM
SEP 30 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00068**  **DATE: September 30, 2005**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding    Law Clerk: None present
Court Recorder: Wanda M. Miles    Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 2:01:00 - 2:19:25    CSO: B. Benavente

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***APPEARANCES**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: FNU SISWOYO aka ARIE**    **ATTY: JOHN GORMAN**
(X) PRESENT (X) CUSTODY ( ) BOND ( ) P.R.    (X) PRESENT ( ) RETAINED (X) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: FRED BLACK    AGENT: EDITH CONWAY, B.I.C.E.

U.S. PROBATION: ROSANNA VILLAGOMEZ-AGUON    U.S. MARSHAL: S. LUJAN / M. UNGACTA

INTERPRETER: FOO MEE CHUN CLINARD    LANGUAGE: INDONESIAN

**PROCEEDINGS: INITIAL APPEARANCE AND ARRAIGNMENT**

( ) COMPLAINT READ TO DEFENDANT
(X) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: __FEDERAL PUBLIC DEFENDER__, ATTORNEY APPOINTED
(X) DEFENDANT SWORN AND EXAMINED: AGE: ___ SCHOOL COMPLETED: _9 YEARS_
(X) DEFENDANT ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
(X) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION
(X) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION (X) INDICTMENT
(X) PLEA ENTERED: ( ) *GUILTY* (X) *NOT GUILTY* - TO: SOLE COUNT IN THE INDICTMENT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____ ( ) STATUS HEARING: _____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
(X) TRIAL SET FOR: _NOVEMBER 16, 2005 at 9:30 A.M._

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
(X) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* (X)*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

**Trial Order executed. Defense submitted to the Pretrial Services Report regarding detention. Accordingly, the Court remanded the defendant to the custody of the U.S. Marshal.**

Courtroom Deputy: