IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**



**FILED**
DISTRICT COURT OF GUAM
NOV - 4 2005
**MARY L.M. MORAN
CLERK OF COURT**

**CASE NO. CR-05-00068**     **DATE: 11/4/2005**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding     Law Clerk: Judith Hattori
Court Recorder: Wanda M. Miles     Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 2:01:51 - 2:34:50     CSO: D. Quinata / J. Lizama

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* APPEARANCES \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

**DEFT:** FNU SISWOYO aka ARIE     **ATTY:** JOHN GORMAN
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.     ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

**U.S. ATTORNEY:** FRED BLACK     **AGENT:** EDITH CONWAY, B.I.C.E.

**U.S. PROBATION:** CARLEEN BORJA     **U.S. MARSHAL:** V. ROMAN

**INTERPRETER:** FOO MEE CHUN CLINARD     **LANGUAGE:** INDONESIAN

**PROCEEDINGS: CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: 34  SCHOOL COMPLETED: 9 YEARS
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE  ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT  ( ) INFORMATION  ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY*  ( ) *NOT GUILTY* - TO: PRESENTATION OF IMMIGRATION DOCUMENT CONTAINING FALSE STATEMENT

( X ) SENTENCING DATE: DECEMBER 15, 2005 at 9:00 A.M.  ( ) STATUS HEARING: _____ at _____
( X ) PRESENTENCE REPORT DUE TO PARTIES: NOVEMBER 18, 2005

( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

**Defendant consented to enter his plea of guilty before a U.S. Magistrate Judge. The Court executed the Report and Recommendation Concerning Plea of Guilty. Government requested an expedited sentencing date and probation had no objection.**

Courtroom Deputy: ___