# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Fnu Siswoyo, <br><br> Defendant. | Case No. 1:05-cr-00068 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Consent to Rule 11 Plea in a Felony Case Before United States Magistrate Judge filed on 11/04/2005, and Report and Recommendation Concerning Plea of Guilty in a Felony Case filed on 11/04/2005,* on the dates indicated below:

*U.S. Attorney's Office*          *Federal Public Defender*
*November 7, 2005*                *November 7, 2005*

I, Rosita P. San Nicolas, declare under the penalty of perjury that on the above listed date(s) the:

*Consent to Rule 11 Plea in a Felony Case Before United States Magistrate Judge filed on 11/04/2005, and Report and Recommendation Concerning Plea of Guilty in a Felony Case filed on 11/04/2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 7, 2005                    /s/ Rosita P. San Nicolas
                                          Chief Deputy Clerk