FILED
DISTRICT COURT OF GUAM
DEC -6 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SISWOYO, FNU a.k.a. ARIE, <br><br> Defendant. | CRIMINAL CASE NO. 05-00068 <br><br> **ORDER ACCEPTING PLEA OF GUILTY, AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to an Indictment charging him with Presentation of Immigration Document Containing False Statement, in violation of 18 U.S.C. § 1546(a), is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing on December 15, 2005 at 9:00 a.m..

IT IS SO ORDERED.

DATED this 6th day of December 2005.

_____
D. LOWELL JENSEN*
Senior District Judge

---

* The Honorable D. Lowell Jensen, United States Senior District Judge for the Northern District of California, sitting by designation.