# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| USA,<br><br>            Plaintiff,<br><br>    vs.<br><br>Fnu Siswoyo,<br><br>            Defendant. | Case No. 1:05-cr-00068<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Order Accepting Plea of Guilty, and Adjudicating Guilt, and Notice of Sentencing filed December 6, 2005***, on the dates indicated below:

*U.S. Attorney's Office*                 *Federal Public Defender*
*December 7, 2005*                      *December 7, 2005*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***Order Accepting Plea of Guilty, and Adjudicating Guilt, and Notice of Sentencing filed December 6, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 7, 2005                          /s/ Leilani R. Toves Hernandez
                                                                           Deputy Clerk