IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**
**SENTENCING**


**FILED**
DISTRICT COURT OF GUAM
DEC 15 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00068**     **DATE: 12/15/2005**

HON. D. LOWELL JENSEN, Designated Judge, Presiding    Law Clerk: Cheryl Kahn
Court Recorder: Jamie Phelps    Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 9:10:31 - 9:17:15    CSO: B. Pereda

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***APPEARANCES**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: FNU SISWOYO aka ARIE**     **ATTY: JOHN GORMAN**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.    ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: FRED BLACK    AGENT:

U.S. PROBATION: MARIA CRUZ    U.S. MARSHAL: G. PEREZ / V. ROMAN

INTERPRETER: FOO MEE CHUN CLINARD    LANGUAGE: INDONESIAN

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
    Base offense level: 8     Total offense level: 6     Criminal History Category: I

    **NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE**

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
Endorsed the recommendation of time served.

( ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:
Government recommended time served and for no fine to be imposed.

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

**NOTES/OTHER MATTERS:**

| SENTENCE:   CR-05-00068 | DEFENDANT:   FNU SISWOYO aka ARIE |
|---|---|

( X )  DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF  TIME SERVED (APPROXIMATELY 88 DAYS).

(  )  COURT RECOMMENDATION TO THE BUREAU OF PRISONS AT _____.

( X )  UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF  TWO YEARS  .

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL BE TURNED OVER TO A DULY AUTHORIZED IMMIGRATION OFFICIAL FOR DEPORTATION PROCEEDINGS PURSUANT TO 18 U.S.C. § 3583(d), AND WITH THE ESTABLISHED PROCEDURES PROVIDED BY THE IMMIGRATION AND NATURALIZATION ACT UNDER 8 U.S.C. § 1101. AS A FURTHER CONDITION OF SUPERVISED RELEASE, IF ORDERED DEPORTED, HE SHALL REMAIN OUTSIDE THE UNITED STATES AND SHALL NOT RETURN TO THE UNITED STATES WITHOUT THE WRITTEN CONSENT OF THE SECRETARY OF HOMELAND SECURITY. IF DEPORTATION FAILS TO OCCUR AND THE DEFENDANT IS RELEASED FROM CONFINEMENT PENDING FURTHER IMMIGRATION PROCEEDINGS, HE SHALL IMMEDIATELY REPORT TO THE U.S. PROBATION OFFICE TO BEGIN HIS TERM OF SUPERVISED RELEASE.

2. DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL OFFENSE.

3. DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE AND SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. THE MANDATORY DRUG TESTING CONDITION IS HEREBY SUSPENDED BASED UPON THE COURT'S DETERMINATION THAT THE DEFENDANT POSES A LOW RISK OF FUTURE SUBSTANCE ABUSE.

4. DEFENDANT SHALL SUBMIT TO THE COLLECTION OF A DNA SAMPLE AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

5. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH IN THE U.S. SENTENCING GUIDELINES.

6. DEFENDANT SHALL NOT POSSESS A FIREARM OR OTHER DANGEROUS WEAPON.

IT IS FURTHER ORDERED THAT THE DEFENDANT PAY TO THE UNITED STATES A SPECIAL ASSESSMENT FEE OF $100.00 TO BE PAID IMMEDIATELY AFTER SENTENCING.

ALL FINES ARE WAIVED SINCE IT HAS BEEN DETERMINED THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO PAY.

COURT STATES THE JUSTIFICATION OF SENTENCE IMPOSED. DEFENDANT ADVISED OF HIS APPEAL RIGHTS. DEFENDANT RELEASED TO THE U.S. MARSHAL SERVICE FOR PROCESSING.