# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Fnu Siswoyo aka Arie, <br><br> Defendant. | Case No. 1:05-cr-00068 <br><br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Judgment and Notice of Entry filed December 15, 2005***, on the dates indicated below:

*U.S. Attorney's Office    Federal Public Defender    U.S. Probation Office    U.S. Marshals Service*
*December 15, 2005        December 16, 2005          December 15, 2005        December 15, 2005*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***Judgment and Notice of Entry filed December 15, 2005***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 16, 2005                    /s/ Leilani R. Toves Hernandez
                                                      Deputy Clerk