PROB 34
(3/07)

Report and Order Terminating Supervised Release

# United States District Court

FOR THE

District of Guam

UNITED STATES OF AMERICA        CRIMINAL CASE NO.    05-00068-001

v.

FNU SISWOYO aka ARIE

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **December 14, 2007**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

                 Respectfully submitted,
                 ROSSANNA VILLAGOMEZ-AGUON
                 Chief U.S. Probation Officer

By:    /s/ GRACE D. FLORES
        U.S. Probation Officer

Reviewed by:
     /s/ ROSSANNA VILLAGOMEZ-AGUON
     Chief U.S. Probation Officer

cc:    Frederick Black, AUSA
       John T. Gorman, FPD
       File

## *Order of Court*

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.



/s/ Frances M. Tydingco-Gatewood
       Chief Judge
    Dated: Jan 02, 2008